UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TERRENCE GARRETT,

    Plaintiff,

                                                         Civil No. 09-13958
v.                                                    Hon. Lawrence P. Zatkoff

ROBERT PICKNELL and
SGT. BROECKER,

    Defendants.
    _____/

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

Plaintiff, proceeding pro se, filed a civil-rights complaint [dkt 1] under 42 U.S.C. § 1983 alleging that Defendants have denied him meaningful access to the courts. The matter is currently before the Court on Magistrate Judge Morgan's Report and Recommendation [dkt 19], in which the Magistrate Judge recommends that the Court grant Defendants' motion to dismiss [dkt 11].

On December 28, 2009, Plaintiff filed a notice [dkt 13] informing the Court that his address had changed from the Genesee County Jail in Flint, Michigan, to the Charles E. Egeler Reception and Guidance Center in Jackson, Michigan. A copy of the Report and Recommendation was mailed to Plaintiff at his updated address of record, but that mailing was returned as undeliverable [dkt 20]. Plaintiff did not file a change of address indicating that the Jackson, Michigan, address was no longer current. *See* E.D. Mich. L.R. 11.2 (requiring that all parties must promptly file notice of any change of address or risk sanctions, including dismissal). Plaintiff has not objected to the Report and Recommendation or otherwise contacted the Court regarding his address.

The Court has thoroughly reviewed the court file and the Report and Recommendation. As a result of that review, the Court ADOPTS the Report and Recommendation and enters it as the

findings and conclusions of this Court.

Accordingly, IT IS HEREBY ORDERED that Defendants' motion to dismiss [dkt 11] is GRANTED and this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

S/Lawrence P. Zatkoff
LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

Dated: July 15, 2010

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of this Order was served upon the attorneys of record by electronic or U.S. mail on July 15, 2010.

S/Marie E. Verlinde
Case Manager
(810) 984-3290